Andrew Reichardt, Utah Bar # 11343
Attorney for Douglas V. Spendlove
5330 South 900 East, Suite 115
Salt Lake City, UT 84117
(801) 261-3400
andrew@utdisability.com

Amanda A. Sonneborn
Karla E. Sanchez
Attorneys for Prudential Insurance Company of America
Emails: asonneborn@seyfarth.com
ksanchez@seyfarth.com
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000

Charles L. Perschon
Attorney for Prudential Insurance Company of America
clp@princeyeates.com
Prince, Yeates & Geldzaher
15 West South Temple, Suite 1700
Salt Lake City, Utah 84101
Phone: (801) 524-1000

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| DOUGLAS V. SPENDLOVE, | § | |
| Plaintiff, | § § § | **STIPULATION OF VOLUNTARY DISMISSAL** |
| v. | § | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | § § § | Civil Action No. 2:16-cv-00111-DAK |
| Defendant. | § § | Honorable Dale A. Kimball |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Douglas V. Spendlove ("Plaintiff") and The Prudential Insurance Company of America ("Defendant")

28812531v.1

(together, the "Parties") hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE.  Each party shall bear its own costs, expenses and attorneys' fees.

DATED: September 12, 2016        Respectfully submitted,
                                 DOUGLAS SPENDLOVE

                                 By: /s/ Andrew J. Reichardt
                                 One of His Attorneys
                                 Andrew J. Reichardt
                                 Law Office of Andrew J. Reichardt PLLC
                                 5330 S 900E #115
                                 Salt Lake City, UT 84117
                                 Telephone: (801)261-3400

                                 THE PRUDENTIAL INSURANCE COMPANY OF
                                 AMERICA

                                 By: /s/ Karla E. Sanchez
                                 One of Its Attorneys
                                 Amanda A. Sonneborn
                                 Karla E. Sanchez
                                 Attorney for Prudential Insurance Company of America
                                 Email: asonneborn@seyfarth.com
                                 ksanchez@seyfarth.com
                                 Seyfarth Shaw LLP
                                 131 South Dearborn Street, Suite 2400
                                 Chicago, Illinois 60603
                                 Telephone: (312) 460-5000

                                 By: /s/ Charles L. Perschon
                                 One of Its Attorneys
                                 Charles L. Perschon
                                 Attorney for Prudential Insurance Company of America
                                 E-mail: clp@princeyeates.com
                                 Prince, Yeates & Geldzaher
                                 15 West South Temple, Suite 1700
                                 Salt Lake City, Utah 84101
                                 Phone: (801) 524-1000